**No. 11-5877. Tony Hawk, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

565 U.S. 1151, 132 S. Ct. 1082, 181 L. Ed. 2d 801, 2012 U.S. LEXIS 481.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 924, 132 S. Ct. 354, 181 L. Ed. 2d 223, 2011 U.S. LEXIS 7100.

**No. 11-5927. Mary Kay Baden, Petitioner v. City of Wheaton, Illinois, et al.**

565 U.S. 1151, 132 S. Ct. 1082, 181 L. Ed. 2d 801, 2012 U.S. LEXIS 411.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 980, 132 S. Ct. 500, 181 L. Ed. 2d 353, 2011 U.S. LEXIS 7766.

**No. 11-5928. William M. Baker, Jr., Petitioner v. Gerdenich Realty Company.**

565 U.S. 1151, 132 S. Ct. 1083, 181 L. Ed. 2d 801, 2012 U.S. LEXIS 534.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 952, 132 S. Ct. 422, 181 L. Ed. 2d 275, 2011 U.S. LEXIS 7375.

**No. 11-5936. David Derringer, Petitioner v. Arizona, et al.**

565 U.S. 1151, 132 S. Ct. 1083, 181 L. Ed. 2d 801, 2012 U.S. LEXIS 572.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 980, 132 S. Ct. 501, 181 L. Ed. 2d 354, 2011 U.S. LEXIS 7754.

**No. 11-5962. Donald Joe Jelani, Petitioner v. Greg Province, Warden.**

565 U.S. 1151, 132 S. Ct. 1083, 181 L. Ed. 2d 801, 2012 U.S. LEXIS 500.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 981, 132 S. Ct. 503, 181 L. Ed. 2d 354, 2011 U.S. LEXIS 7845.

**No. 11-5963. Wallace C. Jones, Jr., Petitioner v. Florida.**

565 U.S. 1151, 132 S. Ct. 1083, 181 L. Ed. 2d 801, 2012 U.S. LEXIS 532.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 981, 132 S. Ct. 503, 181 L. Ed. 2d 354, 2011 U.S. LEXIS 7806.